UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LUIS O. LENFANT, JR., ET AL. | CIVIL ACTION |
| VERSUS | NO. 07-9029 |
| LIBERTY MUTUAL INSURANCE COMPANY, ET AL. | SECTION "N"  (5) |

## ORDER AND REASONS

Before the Court is Plaintiffs' **Motion to Remand (Rec. Doc. 8)**. After reviewing the Petition, the Notice of Removal, the memoranda of the parties, and the applicable law, the Court denies the motion to remand for the reasons expressed herein.

**I.     Background**

The property of Plaintiffs Luis and Angelina Lenfant (collectively, "Plaintiffs"), located at 6300 Beauregard in New Orleans, Louisiana, sustained wind damage during Hurricane Katrina. During that time, Plaintiffs had a policy of insurance with Liberty Mutual Insurance Company ("Liberty Mutual"). Plaintiffs filed suit in state court against Liberty Mutual, claiming that it had refused to pay for all damages resulting from the hurricane. Liberty Mutual then removed this case to federal court on the basis of diversity jurisdiction.

**II.    Law and Analysis**

While Plaintiffs claim in their motion to remand that the amount in controversy is not

satisfied[1], Liberty Mutual points to demands/estimates of loss that Plaintiffs sent to Liberty Mutual totaling $474,800 in damages (specifically, $14,000 for damage to their home; $391,950 for damage to their contents; and $68,850 for additional living expenses). In addition to these figures, Plaintiffs seek damages for mental anguish, loss of enjoyment of property, loss of use of property, and repair and remediation expenses. Plaintiffs also seek penalties and attorneys fees allegedly due as a result of Liberty Mutual's bad faith handling of their claim. The amount of Plaintiffs' estimates alone totals more than the $75,000 requisite amount in controversy; thus, this motion to remand is denied. See *DeFrancesch v. Scottsdale Insurance Company*, 2007 WL 647295 (E.D. La. Feb. 28, 2007). Accordingly,

**IT IS ORDERED** that Plaintiffs' **Motion to Remand (Rec. Doc. 8)**. is **DENIED.**

New Orleans, Louisiana, this 28th day of February, 2008.

                                             _____
                                             **KURT D. ENGELHARDT**
                                             **UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiffs do not contest diversity of citizenship.